**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: _____

**DAVID DOUGHERTY**, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

**NCH SOFTWARE, INC.**, a Delaware corporation,

      Defendant.

---

**CLASS ACTION COMPLAINT AND JURY DEMAND**

**FILED UNDER SEAL**

---

Respectfully submitted,

**DAVID DOUGHERTY**, individually and on behalf of all others similarly situated,

Dated: April 28, 2016

By: /s/ Benjamin S. Thomassen
  One of Plaintiff's Attorneys

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*