## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.:  16-cv-00962

**DAVID DOUGHERTY**, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**NCH SOFTWARE, INC.**, a Delaware corporation,

    Defendant.

---

## PLAINTIFF'S MOTION FOR NOTICE TO THE PUTATIVE CLASS
## UNDER FED. R. CIV. P. 23(d)(1)(B)(i) AND MEMORANDUM IN SUPPORT

---



Respectfully Submitted,

**DAVID DOUGHERTY**, individually and on behalf of all others similarly situated,

Dated: April 28, 2016

By:    /s/ Benjamin S. Thomassen
       One of Plaintiff's Attorneys

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*