# Exhibit 1

From: administrator@NCHSoftwareLitigation.com
To: JonQClassMember@domain.com
Re: Legal Notice Regarding Class Action Lawsuit

**NOTICE OF CLASS ACTION LAWSUIT**
*Dougherty v. NCH Software, Inc.*, Case No. 16-cv-00962
**(United States District Court for the District of Colorado)**

